FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 1:23
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM E. BUSH,

Defendant.

8:26CR201

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)(1)

The Grand Jury charges that

**COUNT ONE**
(Felon In Possession Of A Firearm)

On or about April 18, 2026, in the District of Nebraska, defendant WILLIAM E. BUSH knowing that he had been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

1) Carrying a Concealed Weapon, a Class IV felony, in the District Court of Douglas County, Nebraska, in docket number 170406, convicted on or about January 26, 2007;

2) Possession of a Controlled Substance, a Class IV felony, in the District Court of Douglas County, Nebraska, in docket number 178847, convicted on or about February 22, 2010;

3) Possession of Deadly Weapon by Prohibited Person, a Class 1D felony, in the District Court of Douglas County, Nebraska, in case number CR13-2902, sentenced on or about June 3, 2014; and

4) Attempted Possession of a Deadly Weapon by a Prohibited Person, a Class II felony, in the District Court of Douglas County, Nebraska, in case number CR20-2944, sentenced on or about May 17, 2021,

did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: an Inter Ordnance Inc. Sporter, 7.62 x 39 mm rifle, with serial number S029120, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including an Inter Ordnance Inc. Sporter, 7.62 x 39 mm rifle, with serial number S029120, obtained from the person of defendant WILLIAM E. BUSH, on or about April 18, 2026.

A TRUE BILL.

______________________________
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

For JODY MULLIS
Assistant United States Attorney